## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER PALMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **COMMONWEALTH CREDIT UNION, INC.,** ) | |
| **HEIGHTS FINANCE CORPORATION,** ) | **CASE NO.: 3:24-cv-00295-RGJ** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** ) | |
| **LENDING CLUB CORPORATION, NCB** ) | |
| **MANAGEMENT SERVICES, LLOYD &** ) | |
| **MCDANIEL, PLC, EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC, and EXPERIAN** ) | |
| **INFORMATION SOLUTIONS, INC.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### NOTICE OF SETTLEMENT AS TO LENDINGCLUB CORPORATION

**COMES NOW** defendant LendingClub Corporation ("LendingClub"), by and through its undersigned counsel, and hereby informs the Court that a settlement has been reached as to all claims of plaintiff Christopher Palmer against LendingClub in this matter.

LendingClub, therefore, request that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 28th day of May, 2024.

/s/ Reid S. Manley
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com
Attorney for Defendant
LENDINGCLUB CORPORATION

54377402 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed a copy of the foregoing document via CM/ECF on May 28, 2024, which will send an electronic copy to all parties of record.

*/s/ Reid S. Manley*
Reid S. Manley