# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

### CASE NO.: 3:24-cv-295-RGJ

| | |
|---|---|
| **CHRISTOPHER PALMER,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| **COMMONWEALTH CREDIT UNION, INC.,** | ) |
| **HEIGHTS FINANCE CORPORATION,** | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| **LENDING CLUB CORPORATION,** | ) |
| **NCB MANAGEMENT SERVICES,** | ) |
| **LLOYD & MCDANIEL, PLC,** | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| **TRANS UNION, LLC, and** | ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | ) |
| Defendants. | ) |

### COMMONWEALTH CREDIT UNION, INC.'S
### NOTICE OF REMAND OF
### MOTION TO DISMISS

Comes Defendant, Commonwealth Credit Union, Inc, by counsel, and submits this Notice of Remand for the Motion to Dismiss that was filed in this matter, on or around May 30, 2024.

Respectfully submitted,

**KOPKA PINKUS DOLIN PC**
301 E. Main Street, Suite 400
Lexington, KY 40507
Tel:   (859) 368-8999
Fax:   (859) 368-3772

/s/ *Steven C. Call*
BRADLY E. MOORE
bemoore@kopkalaw.com (KBA # 87368)
STEVEN C. CALL (KBA #90318)
sccall@kopkalaw.com
*Counsel for Defendant, Commonwealth Credit Union, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been electronically filed using this Court's E-filing System, which will send notice to all parties registered to receive same this 13th day of June 2024 upon the following:

David W. Hemminger
HEMMINGER LAW OFFICE
331 Townepark Circle, Suite 100-C
Louisville, KY 40202
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Hannah D. Thompson
Joseph N. Tucker
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Hannah.thompson@dinsmore.com
Joseph.tucker@dinsmore.com
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, Kentucky 40507
cpfarris@blfky.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

John M. Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Ste 375
Lexington, Kentucky 40513
williams@wktlaw.com
*Counsel for Defendant*
*Equifax Information Services, LLC*

Reid S. Manley
Burr & Forman
420 North 20th Street, Suite 3400
Birmingham, AL 35203
rmanley@burr.com
*Counsel for Defendants*
*Heights Finance Corporation and*
*Lending Club Corporation*

Danielle J. Lewis
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
dlewis@reminger.com
*Counsel for Defendant*
*NCB Management Services*

Eric Grimes
Lloyd & McDaniel, PLC
700 N Hurstbourne Pkwy, Suite 200
Louisville, KY 40222
egrimes@lloydmc.com
*Counsel for Defendant*
*Lloyd & McDaniel, PLC*

/s/ *Steven C. Call*
*Counsel for Defendant, Commonwealth*
*Credit Union, Inc.*