**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CASE NO.:  3:24-cv-295-RGJ**

| | |
|---|---|
| **CHRISTOPHER PALMER,** | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **COMMONWEALTH CREDIT UNION, INC.,** | ) |
| **HEIGHTS FINANCE CORPORATION,** | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| **LENDING CLUB CORPORATION,** | ) |
| **NCB MANAGEMENT SERVICES,** | ) |
| **LLOYD & MCDANIEL, PLC,** | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| **TRANS UNION, LLC, and** | ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | ) |
| Defendants. | ) |

**COMMONWEALTH CREDIT UNION INC.'S INITIAL DISCLOSURES**

Comes Defendant, **Commonwealth Credit Union, Inc.,** (hereinafter referred to as "Defendant") by counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, makes the following initial disclosures:

(i) Name and, if known, address and telephone number of each individual likely to have discoverable information:

    a. Parties to this case, including any appropriate representatives, regarding the allegations of the Plaintiff and his account history with Defendant;

    b. All persons identified in Plaintiff's records with Defendant regarding the accounts at issue in this action;

        c. Any witnesses identified by Plaintiff or other Defendants to this action;

        d. Any witnesses identified in documents exchanged through discovery.

(ii) Documents, electronically stored information, and tangible things that may be used to support defenses:

        a. Any and all available records of Plaintiff's accounts with Defendant, which are in the possession of the Defendant;

        b. Any and all documents or other information identified by the Plaintiff;

        c. Any and all documents or other information identified by any of the Defendants in this action.

(iii) Insurance agreement. Based upon information and belief, Defendant was insured under a policy held with Coaction Specialty Insurance Group. A copy of said policy has been requested and will be provided upon request.

Respectfully submitted,

**KOPKA PINKUS DOLIN, PC**
301 East Main Street, Suite 400
Lexington, KY 40507
Phone: (859) 368-8999
Fax: (859) 368-8772

BY:  /s/Steven C. Call
BRADLY E. MOORE, ESQ. KBA #87368
bemoore@kopkalaw.com
STEVEN C. CALL, ESQ. KBA #90318
sccall@kopalaw.com
*Counsel for Defendant,*
*Commonwealth Credit Union, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served, this 18th th day of July 2024, upon the following, electronically by email and/or by U.S. Mail as necessary:

*/s/ Steven C. Call*
*Counsel for Defendant,*
*Commonwealth Credit Union, Inc.*